IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TAMPA CHIROPRACTIC
CENTER INC.,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

      Petitioner,

CASE NO. 1D15-2952

v.

ALLSTATE INDEMNITY
COMPANY, AND ALLSTATE
PROPERTY & CASUALTY
INSURANCE COMPANY,

      Respondents.

_____/

Opinion filed October 20, 2015.

Petition for Writ of Certiorari.

Crystal L. Eiffert and Robert W. Morris of Eiffert & Associates, P.A., Orlando, for Petitioner.

Donald J. Masten of Donald J. Masten, P.A., Orlando, for Respondents.

PER CURIAM.

      DENIED.

WETHERELL and RAY, JJ., AND SMILEY, ELIJAH, ASSOCIATE JUDGE, CONCUR.